UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-263 MMC |
| Plaintiff, | ) ) | |
| v. | ) ) ) | [PROPOSED] ORDER FOR COMMITMENT AND COMPETENCY EVALUATION OF THE DEFENDANT |
| KUANG BAO OU-YOUNG, | ) ) | |
| Defendant. | ) ) | |

## [PROPOSED] ORDER

This matter having come before the Court pursuant to the defendant's and the government's joint motion under 18 U.S.C. § 4241 (a) and the Court having reasonable cause to believe that defendant, KUANG BAO OU-YOUNG, may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, it is therefore,

ORDERED that the defendant be committed to the custody of the Attorney General for an evaluation, the preparation of a report and that he be offered treatment if recommended.

It is ORDERED that a psychiatric or psychological examination of the defendant be conducted at a suitable medical facility for a period not to exceed 30 days, unless extended for a period not to exceed 15 days for good cause shown, and that a psychiatric or psychological report be filed with the Court as soon thereafter as practicable, pursuant to the provisions of 18 U.S.C. § 4247(b) and (c). Said report shall meet the requirements of 18 U.S.C. § 4247(c), and shall contain an assessment of whether

defendant is presently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Copies of the report shall be furnished to the Court, to counsel for defendant, and to counsel for the government, pursuant to 18 U.S.C. § 4247(c).

IT IS ORDERED that upon completion of said examination and upon receipt of the psychiatric or psychological report described above, a hearing shall be held at 2:15pm on Wednesday, October 11, 2017, to determine defendant's competency to understand the nature and consequences of the proceedings against him or to assist in the preparation of his defense, unless a later date is set by the Court.

IT IS ORDERED and directed that the United States Marshal make the necessary arrangements for the transport of the defendant to a facility to conduct the examination.

IT IS FURTHER ORDERED that the period of time between the parties' filing of the motion for a hearing to determine defendant's competency and the date on which the Court finally determines defendant's competency to stand trial shall be a period of excludable delay under 18 U.S.C. §§ 3161(h)(1)(A), (F), and (H).

IT IS SO ORDERED.

DATED: August 24, 2017

HON. MAXINE M. CHESNEY
Senior Untied States District Court Judge