UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 17-263 MMC |
| ) | |
|     Plaintiff, ) | |
| ) | [PROPOSED] ORDER FOR COMMITMENT AND |
|   v. ) | RESTORATION OF THE DEFENDANT |
| ) | |
| KUANG BAO OU-YOUNG, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

[PROPOSED] ORDER

This matter having come before the Court following a competency hearing on December 13, 2017, and the Court having found by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense, it is therefore ORDERED:

(1) Pursuant to 18 U.S.C. § 424l(d), the defendant is committed to the custody of the Attorney General to be hospitalized in a suitable facility for a reasonable period of time, *not to exceed four months,* as is necessary to determine whether there is a substantial probability that in the foreseeable future the defendant will attain the capacity to permit the proceedings to go forward. The four months shall commence on the date the defendant arrives at the facility.

(2) The United States Marshal shall:

a. Promptly coordinate with the Bureau of Prisons to effectuate this Order and arrange

1 transportation of the defendant to the designated facility.

2      b. If the psychologist or psychiatrist finds the defendant to be competent and issues a certificate

3 of competency, promptly transport the defendant back to the Northern District of California without

4 further Order of this Court, and notify the Court and counsel for both parties when the defendant is

5 back in the District.

6      3. The Attorney General or his agent shall:

7    ~~a.~~ At the end of the defendant's commitment, prepare and submit a written report pursuant to 18

8 U.S.C. § 4247(b) and (c). This report shall include the name and dosage of all medications the defendant

9 is currently taking. Such medication shall be provided to the U.S. Marshals to assure continuity of

10 medication during the transport process.

11      IT IS FURTHER ORDERED that the defendant's motion to discharge his counsel, proceed *pro*

12 *se*, and for release from custody are denied.

13      IT IS FURTHER ORDERED that the period of time during which the defendant's competency

14 to stand trial is being evaluated, pursuant to 18 U.S.C. § 4241, shall be a period of excludable delay

15 under 18 U.S.C. §§ 3161(h)(1)(A), (F), and (H).

16

17      IT IS SO ORDERED.

18

19 DATED:   December 19, 2017

20                           HON. MAXINE M. CHESNEY
                              Senior ~~Untied~~ States District Court Judge

21                                  United

22

23

24

25

26

27

28