ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DANIEL KALEBA (CABN 223789)
SHIAO LEE (CABN 257413)
Assistant United States Attorneys

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    shiao.lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-263 MMC |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| KUANG BAO OU-YOUNG, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Kuang Bao Ou-Young without prejudice.

DATED: October 30, 2018

Respectfully submitted,

ALEX G. TSE
United States Attorney

BARBARA J. VALLIERE
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 17-263 MMC

Leave is granted to the government to dismiss the indictment against Kuang Bao Ou-Young.

Date: 10/30/18

HON. MAXINE M. CHESNEY
Senior United States District Judge

NOTICE OF DISMISSAL
No. CR 17-263 MMC