IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KUANG BAO OU-YOUNG,<br>Defendant. | Case No. 17-cr-00263-MMC-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. No. 88 |

The Court is in receipt of a document titled "Motion for Preliminary Injunction," filed pro se on February 27, 2019, by defendant Kuang Bao Ou-Young ("Ou-Young").

For the reasons set forth in the Court's Order of February 22, 2019, denying Ou-Young's "Third Motion to Dismiss, Motion to Disqualify U.S. Attorney David L. Anderson and His Office, Third Motion to Disqualify Defense Counsel, Third Motion to Disqualify Judges, and Motion to Return Property," the instant motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 28, 2019

MAXINE M. CHESNEY
United States District Judge