IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KUANG BAO OU-YOUNG,<br>Defendant. | Case No. 17-cr-00263-MMC-1<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS, DISQUALIFY, AND RETURN PROPERTY**<br><br>Re: Dkt. No. 92 |

The Court is in receipt of a document, titled "Defendant's . . . Fourth Motion to Dismiss, Second Motion to Disqualify Defense Counsel, Fourth Motion to Disqualify Judges, Second Motion to Return Property, and Second Petition for Intervention," filed pro se by defendant Kuang Bao Ou-Young ("Ou-Young") on March 27, 2019. By said document, Ou-Young seeks to: (1) dismiss the instant case "with prejudice" (see Mot. at 11:16); (2) disqualify the entire U.S. Attorney's Office, Magistrate Judge Joseph C. Spero, the undersigned, and his appointed attorney James M. Thompson; and (3) recover property he alleges was seized by the U.S. Marshals Service and the City of Sunnyvale.

For the reasons set forth in the Court's Order of February 22, 2019, denying Ou-Young's "Third Motion to Dismiss, Motion to Disqualify U.S. Attorney David L. Anderson and His Office, Third Motion to Disqualify Counsel and Motion to Return Property," the instant motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 1, 2019

_____
MAXINE M. CHESNEY
United States District Judge